# Exhibit A

SUM-100

# SUMMONS - FIRST AMENDED COMPLAINT
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

KAWEAH DELTA MEDICAL CENTER Operated by KAWEAH
DELTA HEALTH CARE DISTRICT, GREGORY WARNER MD, and
DOES 1 - 10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

JUANA B. MARTINEZ as an individual and as Successor-in-interest to the
ESTATE OF DIONICIO SANTILLAN, LUISA PATGHER, and MARIA E.
SANTILLAN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: <br> (El nombre y dirección de la corte es): Superior Court of California, Tulare <br> Civil Division, 221 S. Mooney Blvd, Room 201 <br> Tulare, CA 93291 | CASE NUMBER: <br> (Número del Caso): VCU279163 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Jeremy M. Dobbins, 1225 E. Divisadero Street Fresno, CA 93721, and (559) 306-6580

DATE: August 7, 2019                                                                Clerk, by Cameron Nicole R , Deputy
(Fecha)                                                                          (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☑ as the person sued under the fictitious name of (specify): Doe 2  Narciy Patel, MD

3. ☐ on behalf of (specify):

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other (specify):
4. ☐ by personal delivery on (date):

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> www.courtinfo.ca.gov |
|---|---|---|

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeremy M. Dobbins SBN 320648<br>1225 E. Divisadero Street<br>Fresno, CA 93721<br><br>TELEPHONE NO.: (559) 306-6580   FAX NO.: (559) 316-4070<br>ATTORNEY FOR (Name): Estate Of Dionicio Santillan et. al. | **FILED**<br>TULARE COUNTY SUPERIOR COURT<br>VISALIA DIVISION<br><br>**JUN 24 2019**<br><br>STEPHANIE CAMERON, CLERK<br>BY_____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tulare
STREET ADDRESS: 221 S. Mooney Blvd, Room 201
MAILING ADDRESS:
CITY AND ZIP CODE: Tulare and 93291
BRANCH NAME: Civil Division

CASE NAME:
Familia Santillan v. Kaweah Delta

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ✓ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 279163<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
✓ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ✓ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ✓ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 2: Medical Negligence & NIED
5. This case ☐ is ✓ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: June 24, 2019
Jeremy M. Dobbins
_____ ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeremy M. Dobbins SBN 320648<br>1225 E. Divisadero Street<br>Fresno, CA 93721<br><br>TELEPHONE NO: (559) 306-6580    FAX NO. (Optional): (559) 316-4070<br>E-MAIL ADDRESS (Optional): jeremy@jeremymdobbins.com<br>ATTORNEY FOR (Name): Estate of Dionicio Santillan, Juana B. Martinez, Luisa Patgher, Maria E. Santillan | FILED<br>TULARE COUNTY SUPERIOR COURT<br>VISALIA DIVISION<br><br>JUL 07 2019<br><br>STEPHANIE CAMERON, CLERK<br>Nicole Renteria |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tulare
STREET ADDRESS: 221 S. Mooney Blvd. Room 201
MAILING ADDRESS:
CITY AND ZIP CODE: Tulare and 93291
BRANCH NAME: Civil Division

PLAINTIFF: JUANA B. MARTINEZ as an individual and as Successor-in-interest to the ESTATE OF DIONICIO SANTILLAN, LUISA PATGHER, and MARIA E. SANTILLAN

DEFENDANT: KAWEAH DELTA MEDICAL CENTER Operated by KAWEAH DELTA HEALTH CARE DISTRICT, GREGORY WARNER MD.

[✔] DOES 1 TO 10

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [X] AMENDED (Number): FIRST AMENDED COMPLAINT<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [✔] OTHER (specify): Medical Negligence<br>[ ] Property Damage   [X] Wrongful Death<br>[ ] Personal Injury   [ ] Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✔] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | VCU279163 |

1. Plaintiff (name or names): JUANA B. MARTINEZ as an individual and as Successor-in-interest to the ESTATE OF DIONICIO SANTILLAN, LUISA PATGHER, and MARIA E. SANTILLAN

2. alleges causes of action against defendant (name or names):
   Kaweah Delta Medical Center, Operated by Kaweah Delta Health Care District, Gregory Warner MD, DOES 1 to 10

3. This pleading, including attachments and exhibits, consists of the following number of pages: 7

4. Each plaintiff named above is a competent adult

   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Familia Santillan v. Kaweah Delta | VCU279163 |

4. ☐ Plaintiff (name):

   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ except defendant (name): Kaweah Delta Medical Center  ☐ except defendant (name):
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                 (2) ☐ a corporation
      (3) ☐ unincorporated entity (describe):             (3) ☐ an unincorporated entity (describe):

      (4) ☒ a public entity (describe):                   (4) ☐ a public entity (describe):
            Operated by Kaweah Delta Health Care District a
            Political Subdivision of the State of California
      (5) ☐ other (specify):                              (5) ☐ other (specify):

   b. ☐ except defendant (name):                      d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☑ Doe defendants (specify Doe numbers): 1 - 5 _____ were the agents or employees of other
        named defendants and acted within the scope of that agency or employment.

   b. ☑ Doe defendants (specify Doe numbers): 6 - 10 _____ are persons whose capacities are unknown to
        plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Familia Santillan v. Kaweah Delta | VCU279163 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify)*:

   Medical Negligence & Negligent Infliction of Emotional Distress

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☑ as follows:

      Dionicio Santillan - Decedent
      Juana B. Santillan - Mother of Decedent and Survivor-in-Interest
      Maria E. Santillan - Sister of Decedent
      Luisa Patgher - Sister of Decedent

13. The relief sought in this complaint is within the jurisdiction of this court.

   Superior Court of California, Tulare Civil Division

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: August 7, 2019

Jeremy M. Dobbins
_____ ► _____
(TYPE OR PRINT NAME)                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]                 **COMPLAINT—Personal Injury, Property**          Page 3 of 3
                                                        **Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Familia Santillan v. Kaweah Delta | VCU279163 |

I
**CAUSE OF ACTION—General Negligence**   Page   4
(number)   **(Estate Of Dionicio Santillan v. All Defendants)**
ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Juana B. Martinez as an individual and as the Successor-in-interest to the Estate Of
Dionicio Santillan, Luisa Patgher, and Maria E. Santillan

alleges that defendant *(name):*  Kaweah Delta Medical Center, Operated by Kaweah Delta Health Care
District, Gregory Warner MD

☑ Does  1  to  10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  April 14, 2018  - Negligence was discovered after 9/26/2018.
at *(place):*  Kaweah Delta Medical Center, 400 W. Mineral King Ave. Visalia, CA 93291

*(description of reasons for liability):*  This cause of action incorporates the foregoing allegations in
this complaint.

On or about April 14, 2018, Dionicio Santillan coded at Kaweah Delta Medical Center (KDMC)
and died of respiratory failure. Mr. Santillan was in respiratory distress for at least 24 hours.
Despite numerous requests by his family for him to have his asthma inhaler, staff erroneously
ignored those requests, informing family that Mr. Santillan was in fact not in respiratory distress
but instead had anxiety. Staff told family that his breathing was part of his "disease process."

Staff told family that they were treating Mr. Santillan with Ativan for his anxiety. This was an
error and lack of skill, training, and/or assessment by the Hospital staff, Nursing staff, and
treating physicians. This error was not discovered until after Mr. Santillan coded but never
revealed to family.

Mr. Santillan suffered greatly for at least 24 hours before his death because he did not receive
his inhaler or other measures to help him breathe. In the end he was gasping for air and staff
initiated Code Blue measures. This included chest compressions, electro-cardioversion,
intubation, and emergency medications causing him additional pain and suffering as a result
of not pro-actively managing plaintiff's respiratory needs.

On or about September 26, 2018 the California Department of Public Health completed an
investigation survey and sent notice to Mr. Santillan's family notifying them that they found
hospital staff to be deficient in planning and implementing care and in administering asthma
medications to Mr. Santillan.

As an actual and proximate cause of defendants breach of their duty to provide medical and
nursing care at the applicable standard, plaintiff suffered substantial damages. Plaintiff was
forced to endure physical, mental, emotional pain and suffering, and subsequently death
because of the defendants negligence in an amount to be proved at trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

*(This Attachment may be used with any Judicial Council form.)*

MC-025

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Familia Santillan v. Kaweah Delta | VCU279163 |

ATTACHMENT *(Number):* _____1_____

Plaintiff is informed and believes that KDMC, directly and vicariously through its staff, breached the applicable standard of care, with which it was duty-bound to comply, and caused decedent's injuries as a result of the following: KDMC failed to take adequate precautions to assure that the plaintiff would not enter severe, damaging, and deadly respiratory distress, and the staff of KDMC were also negligent during the administration of care (or lack of) in assessing, monitoring, reporting, preventing, and treating his respiratory distress and failure.

Plaintiff is informed and believes that Dr. Warner, directly and vicariously through his staff, breached the applicable standard of care, with which he was duty-bound to comply, and caused decedent's injuries as a result of the following: Dr. Warner failed to take adequate precautions to assure that the plaintiff would not enter severe, damaging, and deadly respiratory distress, and the staff of Dr. Warner also were negligent during the administration of care (or lack of) in assessing, monitoring, reporting, preventing, and treating his respiratory distress and failure.

Plaintiff is informed and believes that DOES 1-10 breached the applicable standard of care, with which they were duty-bound to comply, and caused decedent's injuries as a result of the following: DOES 1-10 were the agents or employees of the other named defendants, or provided negligent health care in concert with the named defendants that contributed to the plaintiff's damages. These fictitious defendants will be named in their true identifies timely upon the disclosure thereof.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __5__ of __7__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Familia Santillan v. Kaweah Delta | VCU279183 |

**CAUSE OF ACTION — Negligent Infliction of Emotional Distress**

2    (number)      [Juana B. Santillan, Maria E. Santillan, Luisa Patcher v. All Defendants]   Page   6

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*    Juana B. Martinez as an individual and as the Successor-in-interest to the Estate Of Dionicio Santillan, Luisa Patgher, and Maria E. Santillan

alleges that defendant *(name):*   Kaweah Delta Medical Center, Operated by Kaweah Delta Health Care District, Gregory Warner MD

[✓] Does   1   to   10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*   April 14, 2018 - - Negligence was discovered after 9/26/2018

at *(place):*   Kaweah Delta Medical Center, 400 W. Mineral King Ave, Visalia, CA 93291

*(description of reasons for liability):*

This cause of action incorporates the foregoing allegations in this complaint.

On or about April 14, 2018, Dionicio Santillan coded at KDMC and died.

Mr. Santillan was in respiratory distress for approximately 24 hours. Despite numerous requests by his family for him to have his asthma medications, staff erroneously ignored those requests and informed family that Mr. Santillan was in fact not in respiratory distress but instead had anxiety. They were erroneously told by staff that his breathing was part of his disease process.

Staff told family that they were treating Mr. Santillan with Ativan for his anxiety.  This was an error and lack of skill, training, and/or assessment by the Hospital staff, Nursing staff, and treating physicians.  This error was not discovered until after Mr. Santillan coded and never revealed to his family.

Plaintiff's Juana B. Martinez (Dionicio's mother), Luisa Patgher (Dionicio's Sister), and Maria E. Santillan (Dionicio's Sister) were forced to watch Mr. Santillan gasping for air, collapse in his sister Maria's arms, and then watch staff emergently administer chest compressions, electro-cardioversion, and intubation, as they "Coded" him. Family then sat outside his room weeping and in shock as his last moments on earth were unnecessarily spent in agony.

As an actual and proximate cause of defendants' breach of their duty to provide medical and nursing care at the applicable standard, plaintiff's suffered substantial damages.  Defendant's reckless below standard care caused plaintiffs to witness their son and brothers' horrible death.

Plaintiff's experienced suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame because of the defendants negligence in an amount to be proved at trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) (Rev. January 1, 2007)
CAUSE OF ACTION—General Negligence
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Familia Santillan v. Kaweah Delta | VCU279163 |

ATTACHMENT (Number): _____2_____

*(This Attachment may be used with any Judicial Council form.)*

Plaintiffs are informed and believe that Dr. Warner breached the applicable standard of care, with which he was duty-bound to comply, and was a substantial factor in causing plaintiff's to perceive the death of Decedent, Dionicio Santillan as a result of the following: Dr. Warner failed to assess and ensure that the decedent was provided with his asthma medication and other interventions to prevent and reverse his respiratory distress and failure. This caused Santillan to be "coded" in front of the plaintiffs who each suffered severe and serious emotional distress.

Plaintiff is informed and believes that KDMC, directly and vicariously through its staff, breached the applicable standard of care, with which it was duty-bound to comply, and was a substantial factor in causing plaintiffs to perceive the death of Decedent, Dionicio Santillan as a result of the following: KDMC failed to take adequate precautions to assure that the plaintiff would not enter severe, damaging, and deadly respiratory distress; and the staff of KDMC also was negligent during the administration of care (or lack of) in assessing, monitoring, reporting, and treating his respiratory distress and failure. This caused Santillan to be "coded" in front of plaintiffs who each suffered severe and serious emotional distress.

Plaintiff is informed and believes that DOES 1-10 breached the applicable standard of care, with which they were duty-bound to comply, and were a substantial factor in causing plaintiffs to perceive the death of Decedent, Dionicio Santillan as a result of the following: DOES 1-10 were the agents or employees of the other named defendants, or provided negligent health care in concert with the named defendants that contributed to the plaintiff's damages. These fictitious defendants will be named in their true identifies timely upon the disclosure thereof. This caused Santillan to be "coded" in front of the plaintiffs who each suffered severe and serious emotional distress.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __7__ of __7__

*(Add pages as required)*

www.courtinfo.ca.gov

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT**
to Judicial Council Form



**User Name:** Marcela Vasquez

**Date and Time:** Thursday, April 14, 2022 2:30:00 PM PDT

**Job Number:** 169020861

## Document (1)

1. *VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al*

   **Client/Matter:** -None-

   **Search Terms:** Santillan, patel

   **Search Type:** Natural Language

   **Narrowed by:**

   | Content Type | Narrowed by |
   | --- | --- |
   | Dockets | Case Status: Open,Unknown,Closed; Court: Tulare |

## VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

CA Superior - Tulare

Tulare

**This case was retrieved on 04/14/2022**

# Header

**Case Number:** VCU279163
**Date Filed:** 06/24/2019
**Date Full Case Retrieved:** 04/14/2022
**Status:** Open
**Misc:** (26) PI/PD/WD Tort: Medical Malpractice (45); Civil: Unlimited-Visalia

# Participants

| Litigants | Attorneys |
|---|---|
| Martinez, Juana B | Dobbins, Jeremy Michael Esq |
| **Plaintiff** | Plaintiff |
| Associated Filing : Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 | |
| True Name: Juana B Martinez | |
| Martinez, Juana B | Dobbins, Jeremy M Esq |
| **Plaintiff** | Plaintiff |
| Associated Filing : Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 | |
| On Behalf Of: Estate of Dionicio Santillan | |
| Patgher, Luisa | Dobbins, Jeremy M Esq |
| **Plaintiff** | Plaintiff |
| Associated Filing : Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 | |
| True Name: Luisa Patgher | |
| Santillan, Maria E | Dobbins, Jeremy M Esq |
| **Plaintiff** | Plaintiff |
| Associated Filing : Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 | |
| True Name: Maria E Santillan | |
| Kaweah Delta Health Care, Inc. | Salinas, Richard S |
| **Defendant** | Defendant |
| Associated Filing : Complaint - PI/PD/WD Tort: Medical | |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Litigants | Attorneys |
|---|---|

Malpractice (45) filed on 06/24/2019  : Responsive Pleading
as of 09/03/2019  : Substituted as of 08/01/2019

Doing Business As: Kaweah Delta Medical Center

Warner, Gregory MD                                          White, William M
**Defendant**                                                    Defendant

Associated Filing : Complaint - PI/PD/WD Tort: Medical
Malpractice (45) filed on 06/24/2019  : Dismissed as of
06/21/2021  : Dismissed as of 06/04/2021  : Served -
Substituted as of 08/01/2019

True Name: Gregory Warner MD

DOES 1 to 10
**Defendant**

Associated Filing : Complaint - PI/PD/WD Tort: Medical
Malpractice (45) filed on 06/24/2019

Patel, Niraj MD
**Defendant**

Associated Filing : Complaint - PI/PD/WD Tort: Medical
Malpractice (45) filed on 06/24/2019

Also Known As: DOE 1

Patel, Naraj Doe 2 MD
**Defendant**

Associated Filing : Complaint - PI/PD/WD Tort: Medical
Malpractice (45) filed on 06/24/2019

# Events

| Date | Type | Result | Court Official | Location |
|---|---|---|---|---|
| 07/06/2022 08:30 AM | Case Management Conference | | Mathias | Department 01 |
| 04/04/2022 08:30 AM | Case Management Conference | Continued: Stipulation | Mathias | Department 01 |
| 11/18/2021 08:30 AM | Case Management Conference | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 08/23/2021 09:00 AM | Jury Trial - 10 days | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 08/20/2021 08:30 AM | Readiness Conference - JT 8-23-21 (10 days) | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 08/09/2021 08:30 AM | Settlement Conference - /Status Conference | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | Type | Result | Court Official | Location |
|------|------|--------|---------|----------|
| 08/09/2021 08:30 AM | Motion Hearing - Other - Ex-Parte Motion to Continue Trial - Plaintiff - Ex Parte | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 07/19/2021 08:30 AM | Settlement Conference | Continued: Court | Mathias | Department 01 |
| 07/16/2021 08:30 AM | Settlement Conference - RC 8-20-21 JT 8-23-21 (10 days) | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 09/21/2020 09:00 AM | Jury Trial - 10 days | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 09/21/2020 08:30 AM | Case Management Conference | Heard: Trial Date Set | Mathias | Department 01 |
| 09/18/2020 08:30 AM | Readiness Conference - JT 9-21-20 (10 days) | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 08/14/2020 08:30 AM | Settlement Conference - rc 9-18-20 jt 9-21-20 (10 days) | Matter Off Calendar-B/F Court Date | Mathias | Department 01 |
| 07/30/2020 08:30 AM | Summary Judgment - OBO Kaweah Delta Health Care, Inc. | Motion Denied | Mathias | Department 01 |
| 10/31/2019 08:30 AM | Case Management Conference | Matter Off Calendar-B/F Court Date | Reed | Department 01 |
| 10/31/2019 08:30 AM | Case Management Conference | Matter Off Calendar-B/F Court Date | Hillman | Department 07 |
| 10/31/2019 08:30 AM | Demurrer - OBO Defendant Gregory Warner MD | Demurrer Sustained-Without Leave | Mathias | Department 02 |
| 10/31/2019 08:30 AM | Case Management Conference | Heard: Trial Date Set | Mathias | Department 02 |
| 10/22/2019 08:30 AM | Demurrer - OBO Defendant Gregory Warner MD | Matter Off Calendar-B/F Court Date | Hillman | Department 07 |

# Proceedings

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 03/17/2022 | 1 | Case Management Statement (CM-110) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant Details: Served on 03/16/2022 |
| 02/03/2022 | 2 | Case Management Conference Notice of | |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
|  |  | Hearing | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk Details: Clerk Mailed on 02/03/2022 |
| 02/03/2022 | 3 | Amendment to Complaint DOE 2 - Naraj Patel, MD | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 12/29/2021 | 4 | Order granting defendant United States' motion to dismiss, substitute and remand | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Court |
| 11/03/2021 | 5 | Notice - Other removal of civil action to United States District Court | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Attorney |
| 11/03/2021 | 6 | Case Management Statement (CM-110) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/30/2021 | 7 | Stipulation to Vacate Trial and Related Dates; Setting of New CMC Date Granted | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/23/2021 | 8 | Notice - Other Of State Court Pursuant to 42 U.S.C 233 (1)(1) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant Details: Served on 07/23/2021 |
| 07/22/2021 | 9 | Notice of Entry of Dismissal and Proof of Service (CIV-120) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | | Defendant |
| 07/14/2021 | 10 | Settlement Conference Statement - Received Only (Confidential) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/12/2021 | 11 | Settlement Conference Statement - Received Only (Confidential) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 07/06/2021 | 12 | Notice of Hearing New Court Date | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 06/21/2021 | 13 | Amendment to Complaint; Naming DOE 1 | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 06/21/2021 | 14 | Request for Dismissal (CIV-110) Without prejudice, as to Gregory Warner MD ONLY, each party to bear their own costs and fees | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 06/04/2021 | 15 | Request for Dismissal (CIV-110) as to Gregory Warner MD. Only ** | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 03/11/2021 | 16 | Order petition for writ of mandate. Denied | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Court of Appeals |
| 09/23/2020 | 17 | Deposit of Fees | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |

Marcela Vasquez

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 09/23/2020 | 18 | Document Other Jury Fee Deposit obo Gregory Warner, M.D. | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/21/2020 | 19 | Mediation Referral | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 09/08/2020 | 20 | Case Management Statement (CM-110) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 09/04/2020 | 21 | Case Management Statement (CM-110) Warner, Gregory MD | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/03/2020 | 22 | Case Management Statement (CM-110) Kaweah Delta Health Care, Inc. | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 08/25/2020 | 23 | Courtesy Copy of Petition for Writ of Mandate and/or Prohibition filed with the Court of Appeal | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Petitioner Details: Received on 08/25/2020 |
| 08/12/2020 | 24 | Order On Def Mtn for Summary Judgement or The Alter | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/30/2020 | 25 | Declaration of Service by Mail | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 07/27/2020 | 26 | Reply brief to opposition to MSJ | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 07/27/2020 | 27 | Response to undisputed material facts in opposition to MSJ | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 07/17/2020 | 28 | Stipulation and Order to Cont Trial - Granted | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 07/17/2020 | 29 | Statement of Evidence in support of opposition | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/17/2020 | 30 | Statement - Separate Statement in opposition to def. statement of undisputed material facts | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/17/2020 | 31 | Statement of Undisputed Facts in support of its opposition to the def. motion for summary judgment or in the alternative summary adjudication | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/17/2020 | 32 | Request for Judicial Notice in support of opposition to the defendants motion for summary judgment or in the alternative summary adjudication | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/17/2020 | 33 | Document Other Evidentiary objection to Declaration of Ware Kuschner MD | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 07/17/2020 | 34 | Memorandum of Points and Authorities in | Associated Filing:Complaint - PI/PD/WD Tort: |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | support of Opposition to defendants motion for summary judgment | Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 05/07/2020 | 35 | Statement of Evidence in Support of Motion for Summary Judgment/Adjudication | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 05/07/2020 | 36 | Statement of Undisputed Facts in Support of Summary Judgment/Adjudication | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 05/07/2020 | 37 | Memorandum of Points and Authorities in Support of Motion for Summary Judgment/Adjudication | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 05/07/2020 | 38 | Motion Summary Judgment/Adjudication and Notice of Motion | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 05/07/2020 | 39 | Request for Judicial Notice Summary Judgment/Adjudication | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 11/12/2019 | 40 | Answer To First Amended Complaint of Gregory Warner Md | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 10/31/2019 | 41 | Declaration of Service by Mail | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 10/24/2019 | 42 | Reply Defendant Gregory Warner, M.D.'S Reply | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | | Defendant |
| 10/24/2019 | 43 | Deposit of Fees | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 10/24/2019 | 44 | Notice - Other Deposit of Jury Fees | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 10/16/2019 | 45 | Case Management Statement (CM-110) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 10/16/2019 | 46 | Memorandum of Points and Authorities | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 10/16/2019 | 47 | Case Management Statement (CM-110) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 10/15/2019 | 48 | Case Management Statement (CM-110) obo Kaweah Delta Health Care Inc. dba Kaweah Delta Medical Center | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 10/08/2019 | 49 | Declaration of Service by Mail | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 10/07/2019 | 50 | Order Assignment Order for All Purposes | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |

Marcela Vasquez

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 10/02/2019 | 51 | Notice of Hearing New Court Date | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 10/02/2019 | 52 | Peremptory Challenge (CCP 170.6) Accepted as to Judge Hillman | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 09/18/2019 | 53 | Order Assignment Order for All Purposes | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 09/18/2019 | 54 | Declaration of Service by Mail | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 09/11/2019 | 55 | Declaration of Michael T. Haw in Support of Defendant Gregory Warner, M.D.'S Demurrer to Plaintiffs' First Amended Complaint | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/11/2019 | 56 | Memorandum | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/11/2019 | 57 | Demurrer Notice of Hearing on Demurrer and Demurrer to Plaintiffs' First Amended Complaint By Defendant Gregory Warner, M.D. | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/04/2019 | 58 | Peremptory Challenge (CCP 170.6) Accepted | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/03/2019 | 59 | Deposit of Fees | Associated Filing:Complaint - PI/PD/WD Tort: |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | | Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 09/03/2019 | 60 | Notice - Other Jury fee deposit obo Kaweah Delta Health Care District | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/03/2019 | 61 | Designation of Trial Attorney Kaweah Delta Health Care District | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 09/03/2019 | 62 | Answer Kaweah Delta Health Care District | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 08/20/2019 | 63 | Motion Other for Peremptory Challenge and Supporting Declaration of William M. White 170.6 Judge Reed REJECTED | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Defendant |
| 08/07/2019 | 64 | Paperwork Return Letter | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk Details: Mail on 08/07/2019 |
| 08/07/2019 | 65 | Complaint: Amended-First | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Plaintiff |
| 08/07/2019 | 66 | Summons (Issued) AMENDED | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019 FiledBy: Clerk |
| 08/01/2019 | 67 | Proof of Service served Gregory Warner, MD | Associated Filing:Complaint - PI/PD/WD Tort: |

VCU279163, Martinez, Juana B vs. Kaweah Delta Health Care, Inc. et al

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | the S&C; ADR; Statement of Damages by SS | Medical Malpractice (45) filed on 06/24/2019<br>FiledBy:<br>Plaintiff<br>Details:<br>Served on 07/22/2019 |
| 08/01/2019 | 68 | Proof of Service served Kaweah Delta Health Care, INC dba Kaweah Delta Medical Center the S&C; ADR; Statement of Damages; by SS | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019<br>FiledBy:<br>Plaintiff<br>Details:<br>Served on 07/22/2019 |
| 06/24/2019 | 69 | Declaration of Juana B Martinez as Successor in Interest | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019<br>FiledBy:<br>Plaintiff |
| 06/24/2019 | 70 | Summons | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019<br>FiledBy:<br>Clerk |
| 06/24/2019 | 71 | Complaint | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019<br>FiledBy:<br>Plaintiff |
| 06/24/2019 | 72 | Civil Case Cover Sheet (CM-010) | Associated Filing:Complaint - PI/PD/WD Tort: Medical Malpractice (45) filed on 06/24/2019<br>FiledBy:<br>Plaintiff |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document

Marcela Vasquez